FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAFAEL VILLAREAL, a.k.a. Rafi,

Defendant - Appellant.

No. 11-50535

No. 2:08-cr-00713-DSF

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted April 16, 2013[**]

Before:    CANBY, IKUTA, and WATFORD, Circuit Judges.

Rafael Villareal appeals from the district court's judgment and challenges

the 145-month sentence imposed following his guilty-plea conviction for

conspiracy to distribute and possess with intent to distribute methamphetamine, in

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. § 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Villareal's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Villareal the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Villareal waived his right to appeal his sentence, with the exception of some of the conditions of supervised release.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to any of the conditions of supervised release that are outside the scope of the appeal waiver.  We therefore affirm those conditions.  We dismiss the remainder of the appeal in light of the valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

11-50535